UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Broadcast Music, Inc.,**
**et al.,**

    **Plaintiffs,**

**-V-**                                                              Case No. 2:05-cv-00882
                                                                    JUDGE SMITH
                                                                    Magistrate Judge Kemp

**Court Street Management, LLC,**

    **Defendant.**

### CONDITIONAL DISMISSAL

This case was settled during the March 2006 Settlement Week.  The Court **CONDITIONALLY DISMISSES** this case, subject to motion to reopen filed within thirty days after the date of this order if all of the terms and conditions of the settlement have not been fulfilled.

The Clerk shall remove this case from the Court's pending cases and motions lists.

    **IT IS SO ORDERED.**

                                                             **/s/ George C. Smith**
                                                             **GEORGE C. SMITH, JUDGE**
                                                             **UNITED STATES DISTRICT COURT**